| | Coby Arnold | | | | Jesse Sebastien | | | | Scott Wagner and Associates |
|---|---|---|---|---|---|---|---|---|---|
| | Less Withholdings | Without Withholdings | Total | | Less Withholdings | Without Withholdings | Total | | Without Withholdings |
| Payment 1 | $3,333.34 | $3,333.34 | $6,666.67 | Payment 1 | $3,333.34 | $3,333.34 | $6,666.67 | Payment 1 | $6,666.67 |
| Payment 2 | $497.50 | $497.50 | $995.00 | Payment 2 | $372.91 | $372.92 | $745.83 | Payment 2 | $258.71 |
| Payment 3 | $497.50 | $497.50 | $995.00 | Payment 3 | $372.91 | $372.92 | $745.83 | Payment 3 | $258.71 |
| Payment 4 | $497.50 | $497.50 | $995.00 | Payment 4 | $372.91 | $372.92 | $745.83 | Payment 4 | $258.71 |
| Payment 5 | $497.50 | $497.50 | $995.00 | Payment 5 | $372.91 | $372.92 | $745.83 | Payment 5 | $258.71 |
| Payment 6 | $497.50 | $497.50 | $995.00 | Payment 6 | $372.91 | $372.92 | $745.83 | Payment 6 | $258.71 |
| Payment 7 | $497.50 | $497.50 | $995.00 | Payment 7 | $372.91 | $372.92 | $745.83 | Payment 7 | $258.71 |
| Payment 8 | $497.50 | $497.50 | $995.00 | Payment 8 | $372.91 | $372.92 | $745.83 | Payment 8 | $258.71 |
| Payment 9 | $497.50 | $497.50 | $995.00 | Payment 9 | $372.91 | $372.92 | $745.83 | Payment 9 | $258.71 |
| Payment 10 | $497.50 | $497.50 | $995.00 | Payment 10 | $372.91 | $372.92 | $745.83 | Payment 10 | $258.71 |
| Payment 11 | $497.50 | $497.50 | $995.00 | Payment 11 | $372.91 | $372.92 | $745.83 | Payment 11 | $258.71 |
| Payment 12 | $497.50 | $497.50 | $995.00 | Payment 12 | $372.91 | $372.92 | $745.83 | Payment 12 | $258.71 |
| Payment 13 | $497.50 | $497.50 | $995.00 | Payment 13 | $372.91 | $372.92 | $745.83 | Payment 13 | $258.71 |
| Payment 14 | $497.50 | $497.50 | $995.00 | Payment 14 | $372.91 | $372.92 | $745.83 | Payment 14 | $258.71 |
| Payment 15 | $497.50 | $497.50 | $995.00 | Payment 15 | $372.91 | $372.92 | $745.83 | Payment 15 | $258.71 |
| Payment 16 | $497.50 | $497.50 | $995.00 | Payment 16 | $372.91 | $372.92 | $745.83 | Payment 16 | $258.71 |
| Payment 17 | $497.50 | $497.50 | $995.00 | Payment 17 | $372.96 | $372.92 | $745.88 | Payment 17 | $258.68 |
| Payment 18 | $3.66 | $3.66 | $7.33 | | | | | | |
| **TOTAL** | $11,297.00 | $11,297.00 | $22,594.00 | **TOTAL** | $9,299.95 | $9,300.06 | $18,600.00 | **Total** | $10,806.00 |